IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARLIE D QUIGLEY,                          No C-09-1932 VRW (PR)

       Plaintiff,

       v                                  ORDER OF TRANSFER

CALIFORNIA BOARD OF PAROLE
HEARINGS, et al,

       Defendant(s).
_____/

       Plaintiff, a prisoner at California State Prison, Solano in Vacaville, California, has filed a pro se action alleging that California Board of Parole Hearings ("BPH") forensic psychologist Kristina L. Reynoso violated his right to due process by producing a biased report against him and presenting it to BPH.

       A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Solano, which lies within the venue of the Eastern District of California.  See 28 USC § 84(b).  Venue therefore properly lies in the Eastern District.  See id § 1391(b).

       In the interest of justice and pursuant to 28 USC section

1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

Dated: May 11, 2009

VAUGHN R WALKER
United States District Chief Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\VRW\CR.09\Quigley-09-1932-order of transfer.wpd

2